**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| Gayk Pogosyan | CASE NUMBER: |
|---|---|
| PLAINTIFF | 2:23-cv-07996-SPG-PVC |
| v. | |
| Mercedes-Benz USA, LLC et al | **JUDGMENT** |
| DEFENDANT | |

An offer of judgment having been made and accepted pursuant to Federal Rule of Civil Procedure 68, and the offer and notice of acceptance having been filed on 07/26/2024 as docket number 34 (the "Offer of Judgment"), judgment is hereby entered for

Gayk Pogosyan

and against

Mercedes-Benz USA, LLC

according to the terms set forth in the Offer of Judgment.

Date: December 30, 2024        By: _____
                                    United States District Judge

CV-140 (02/21)                    JUDGMENT